UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | NO. CIVIL ACTION NO. 23-19 |
| VERSUS | : | |
| | : | CHIEF JUDGE SHELLY D. DICK |
| BOB DEAN, JR.; HOUMA PROPERTY HOLDING, CO., LLC; HARVEY PROPERTY HOLDING CO., LLC, PROPERTY HOLDING CO OF CRESCENT CITY, LLC; WEST JEFFERSON PROPERTY HOLDING, CO., LLC; MAISON DE'VILLE NURSING HOME, INC.; MAISON DE'VILLE NURSING HOME OF HARVEY, INC.; UPTOWN HEALTHCARE CENTER, LLC; ST. ELIZABETH'S CARING, LLC | : : : : : : : : : : : : : | MAGISTRATE SCOTT D. JOHNSON |

## DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR TRIAL BY JURY IN RESPONSE TO THE UNITED STATES' FIRST AMENDED COMPLAINT

NOW COME, through undersigned counsel, Defendants, Bob Dean, Jr.; Houma Property Holding, Co., LLC.; Harvey Property Holding Co., LLC, Property Holding Co. of Crescent City, LLC, West Jefferson Property Holding, Co., LLC; Maison De'Ville Nursing Home, Inc.; Maison De'Ville Nursing Home of Harvey, LLC, incorrectly named as Maison De'Ville Nursing Home of Harvey, Inc.; Uptown Healthcare Center, LLC and St. Elizabeth's Caring, LLC, which respectfully submit the following Answer, Affirmative Defenses and Demand for Trial by Jury in response to Plaintiff's First Amended Complaint and who with respect to this Honorable Court further show:

### I.

Defendants assert the following affirmative defenses to Plaintiff's claims:

## FIRST DEFENSE

Plaintiff's claims are barred in whole or in part by the applicable statutes of limitation.

## SECOND DEFENSE

Plaintiff's Complaint fails to state a cause of action or a claim upon which relief can be granted.

## THIRD DEFENSE

Plaintiff has no right of action to pursue the claims asserted in these proceedings.

## FOURTH DEFENSE

The Defendant Holding Companies, Houma Property Holding, Co., L.L.C.; Harvey Property Holding Co., L.L.C., Property Holding Co. of Crescent City, L.L.C., West Jefferson Property Holding, Co., L.L.C. are not "persons" as defined by 12 U.S.C. § 1715z-4a.

## FIFTH DEFENSE

Plaintiff's claims against Defendants are barred to the extent that it is shown that they do not meet the definition of "persons" as defined by 12 U.S.C. § 1715z-4a.

## SIXTH DEFENSE

Defendants acted in good faith and for legal cause at all times relevant to the allegations of Plaintiff's Amended Complaint.

## SEVENTH DEFENSE

Defendant had in place at all relevant times policies and procedures regarding compliance with all applicable laws and regulations, which were at all times complied with.

## EIGHTH DEFENSE

The Independence, Louisiana evacuation facility was repeatedly inspected and approved by the State of Louisiana and did not violate the applicable HUD rules and regulations or the loan agreements.

## NINTH DEFENSE

Defendants' funding of the Independence Evacuation facility did not violate the applicable HUD rules and regulations or the loan agreement.

## II.

FURTHER ANSWERING the specific allegations of Plaintiff's First Amended Complaint, Defendants state:

## 1.

The allegations of Paragraph 1 of the United States' First Amended Complaint are admitted to the extent that Plaintiff alleges that it has filed the described action. Otherwise, the paragraph does not require a response. To the extent this Honorable Court would require a response, Defendants deny the allegations. Moreover, to the extent the paragraph infers or implies liability on behalf of Defendants, such inferences and implications are expressly denied.

## 2.

The allegations of Paragraph 2 of the United States' First Amended Complaint are denied. Defendants acknowledge the responsibility of caring for their residents and at all times fulfilled this obligation. Moreover, Dean purchased the evacuation facility and adequately maintained and staffed the facility for events such as major hurricanes. Hurricane evacuations were carefully planned in advance and a detailed plan was submitted and approved by the State of Louisiana.

Any suggestion that the evacuation facility was not suitable or adequately staffed is false. Moreover, any issues during the Hurricane Ida evacuation were exaggerated by media reports. All patients were adequately cared for. Any loss of power or interruption of services which occurred were short lived and due to an unanticipated direct hit by a category 4 hurricane. All weather forecasts indicated the storm would be moving over Baton Rouge and Defendants reasonably relied upon these forecasts.

**3.**

The allegations of Paragraph 3 of the United States' First Amended Complaint are denied as written. The facility was approved by the State of Louisiana and was adequate as a temporary hurricane shelter. Moreover, the State of Louisiana, Department of Health and Hospitals, reviewed and approved the evacuation plan and facility in advance of the storm.

**4.**

The allegations of Paragraph 4 of the United States' First Amended Complaint are denied as written. The evacuation facility is owned by a single LLC. Moreover, lease payments were used for facility costs, including utilities, security, maintenance, upgrades, transportation costs and supplies.

**5.**

The allegations of Paragraph 5 of the United States' First Amended Complaint are denied. The Louisiana State Fire Marshall, Louisiana Department of Environmental Quality and Louisiana Department of Health and Hospitals all approved the use of the facility as an evacuation facility on numerous occasions and well in advance of the storm.

**6.**

The allegations of Paragraph 6 of the United States' First Amended Complaint are denied as written. Plaintiff is relying upon false or exaggerated media reports.

**7.**

The allegations of Paragraph 7 of the United States' First Amended Complaint are denied as written. Moreover, at all times, the lender, Capital Funding Group, exercised control over the accounts through lock box arrangements and carefully controlled the spending after the storm. In fact, Capital Funding is currently in the possession of several million dollars in funds.

**8.**

The allegations of Paragraph 8 of the United States' First Amended Complaint are denied as written.

**9.**

The allegations of Paragraph 9 of the United States' First Amended Complaint are denied. Moreover, to the extent the paragraph infers or implies liability on behalf of Defendants, such inferences and implications are expressly denied.

**10.**

The allegations of Paragraph 10 of the United States' First Amended Complaint are admitted.

**11.**

The allegations of Paragraph 11 of the United States' First Amended Complaint are admitted. However, Dean shows that he has been a resident and domiciliary of the state of Georgia since September, 2021.

**12.**

The allegations of Paragraph 12 of the United States' First Amended Complaint are admitted.

**13.**

The allegations of Paragraph 13 of the United States' First Amended Complaint are admitted.

**14.**

The allegations of Paragraph 14 of the United States' First Amended Complaint are admitted.

**15.**

The allegations of Paragraph 15 of the United States' First Amended Complaint are denied as written.

**16.**

The allegations of Paragraph 16 of the United States' First Amended Complaint are denied as written.

**17.**

The allegations of Paragraph 17 of the United States' First Amended Complaint are denied as written.

**18.**

The allegations of Paragraph 18 of the United States' First Amended Complaint are denied as written.

**19.**

The allegations of Paragraph 19 of the United States' First Amended Complaint are denied as written.

**20.**

The allegations of Paragraph 20 of the United States' First Amended Complaint are denied as written.

**21.**

The allegations of Paragraph 21 of the United States' First Amended Complaint are denied as written.

**22.**

The allegations of Paragraph 22 of the United States' First Amended Complaint are denied as written.

**23.**

The allegations of Paragraph 23 of the United States' First Amended Complaint are denied as written.

**24.**

The allegations of Paragraph 24 of the United States' First Amended Complaint are denied as written. Moreover, to the extent the paragraph infers or implies liability on behalf of Defendants, such inferences and implications are expressly denied.

**25.**

The allegations of Paragraph 25 of the United States' First Amended Complaint are denied as written. Moreover, to the extent the paragraph infers or implies liability on behalf of Defendants, such inferences and implications are expressly denied.

**26.**

The allegations of Paragraph 26 of the United States' First Amended Complaint are denied as written. Moreover, to the extent the paragraph infers or implies liability on behalf of Defendants, such inferences and implications are expressly denied.

**27.**

The allegations of Paragraph 27 of the United States' First Amended Complaint are admitted.

**28.**

The allegations of Paragraph 28 of the United States' First Amended Complaint are admitted.

**29.**

The allegations of Paragraph 29 of the United States' First Amended Complaint are denied as written.

**30.**

The allegations of Paragraph 30 of the United States' First Amended Complaint are denied as written.

**31.**

The allegations of Paragraph 31 of the United States' First Amended Complaint are denied as written.

**32.**

The allegations of Paragraph 32 of the United States' First Amended Complaint are denied as written.

**33.**

The allegations of Paragraph 33 of the United States' First Amended Complaint are denied as written.

**34.**

The allegations of Paragraph 34 of the United States' First Amended Complaint are denied as written.

**35.**

The allegations of Paragraph 35 of the United States' First Amended Complaint are denied as written.

**36.**

The allegations of Paragraph 36 of the United States' First Amended Complaint are denied as written.

**37.**

The allegations of Paragraph 37 of the United States' First Amended Complaint are denied as written.

**38.**

The allegations of Paragraph 38 of the United States' First Amended Complaint are admitted.

**39.**

The allegations of Paragraph 39 of the United States' First Amended Complaint are denied as written.

**40.**

The allegations of Paragraph 40 of the United States' First Amended Complaint are denied as written.

**41.**

The allegations of Paragraph 41 of the United States' First Amended Complaint are denied as written.

**42.**

The allegations of Paragraph 42 of the United States' First Amended Complaint are admitted.

**43.**

The allegations of Paragraph 43 of the United States' First Amended Complaint and all of its subparts are denied as written. Moreover, the Agreement serves as the best evidence of its terms and conditions and the meaning and intent thereof.

**44.**

The allegations of Paragraph 44 of the United States' First Amended Complaint are denied as written.

**45.**

The allegations of Paragraph 45 of the United States' First Amended Complaint and all of its sub-parts are denied as written. Moreover, the Agreement serves as the best evidence of its terms and conditions and the meaning and intent thereof.

**46.**

The allegations of Paragraph 46 of the United States' First Amended Complaint are denied as written.

**47.**

The allegations of Paragraph 47 of the United States' First Amended Complaint are denied as written.

**48.**

The allegations of Paragraph 48 of the United States' First Amended Complaint are denied as written. Moreover, the Agreements serve as the best evidence of their terms and conditions and the meaning and intent thereof.

**49.**

The allegations of Paragraph 49 of the United States' First Amended Complaint are denied as written. Moreover, the Agreements serve as the best evidence of their terms and conditions and the meaning and intent thereof.

**50.**

The allegations of Paragraph 50 of the United States' First Amended Complaint are denied as written.

**51.**

The allegations of Paragraph 51 of the United States' First Amended Complaint are denied as written. Moreover, the Agreements serve as the best evidence of their terms and conditions and the meaning and intent thereof.

**52.**

The allegations of Paragraph 52 of the United States' First Amended Complaint are denied as written. Moreover, the Agreements serve as the best evidence of their terms and conditions and the meaning and intent thereof.

**53.**

The allegations of Paragraph 53 of the United States' First Amended Complaint are denied as written.

**54.**

The allegations of Paragraph 54 of the United States' First Amended Complaint are denied as written. Moreover, the Agreements serve as the best evidence of their terms and conditions and the meaning and intent thereof.

**55.**

The allegations of Paragraph 55 of the United States' First Amended Complaint are denied as written. Moreover, the Agreements serve as the best evidence of their terms and conditions and the meaning and intent thereof.

**56.**

The allegations of Paragraph 56 of the United States' First Amended Complaint are denied as written.

**57.**

The allegations of Paragraph 57 of the United States' First Amended Complaint are denied as written.

**58.**

The allegations of Paragraph 58 of the United States' First Amended Complaint are denied as written.

**59.**

The allegations of Paragraph 59 of the United States' First Amended Complaint are denied as written.

**60.**

The allegations of Paragraph 60 of the United States' First Amended Complaint are denied as written.

**61.**

The allegations of Paragraph 61 of the United States' First Amended Complaint are denied as written.

**62.**

The allegations of Paragraph 62 of the United States' First Amended Complaint are denied as written.

**63.**

The allegations of Paragraph 63 of the United States' First Amended Complaint are admitted.

**64.**

The allegations of Paragraph 64 of the United States' First Amended Complaint are denied as written.

**65.**

The allegations of Paragraph 65 of the United States' First Amended Complaint are admitted.

**66.**

The allegations of Paragraph 66 of the United States' First Amended Complaint are denied.

**67.**

The allegations of Paragraph 67 of the United States' First Amended Complaint are denied.

**68.**

The allegations of Paragraph 68 of the United States' First Amended Complaint are denied as written.

**69.**

The allegations of Paragraph 69 of the United States' First Amended Complaint are denied as written.

**70.**

The allegations of Paragraph 70 of the United States' First Amended Complaint are denied as written.

**71.**

The allegations of Paragraph 71 of the United States' First Amended Complaint are denied as written.

**72.**

The allegations of Paragraph 72 of the United States' First Amended Complaint are denied as written.

**73.**

The allegations of Paragraph 73 of the United States' First Amended Complaint are admitted but quoted out of context.

**74.**

The allegations of Paragraph 74 of the United States' First Amended Complaint are admitted but quoted out of context.

**75.**

The allegations of Paragraph 75 of the United States' First Amended Complaint are denied as written.

**76.**

The allegations of Paragraph 76 of the United States' First Amended Complaint are denied as written.

**77.**

The allegations of Paragraph 77 of the United States' First Amended Complaint are denied.

**78.**

The allegations of Paragraph 78 of the United States' First Amended Complaint are denied.

**79.**

The allegations of Paragraph 79 of the United States' First Amended Complaint are denied.

**80.**

The allegations of Paragraph 80 of the United States' First Amended Complaint are denied to the extent that it is alleged that the homes ceased operations. It is admitted that no residents returned after the storm as the homes were severely damaged by the Hurricane.

**81.**

The allegations of Paragraph 81 of the United States' First Amended Complaint are admitted. However, the revocations were appealed.

**82.**

The allegations of Paragraph 82 of the United States' First Amended Complaint are denied as written.

**83.**

The allegations of Paragraph 83 of the United States' First Amended Complaint are denied as written.

**84.**

The allegations of Paragraph 84 of the United States' First Amended Complaint are denied as written.

**85.**

The allegations of Paragraph 85 of the United States' First Amended Complaint are admitted.

**86.**

The allegations of Paragraph 86 of the United States' First Amended Complaint are admitted.

**87.**

The allegations of Paragraph 87 of the United States' First Amended Complaint are denied as written. Moreover, the pending charges are not competent evidence in these proceedings as no conviction has been entered. The charges are subject to ongoing legal proceedings and Mr. Dean has plead not guilty to the referenced charges.

**88.**

The allegations of Paragraph 88 of the United States' First Amended Complaint are denied as written.

**89.**

The allegations of Paragraph 89 of the United States' First Amended Complaint are denied as written.

**90.**

The allegations of Paragraph 90 of the United States' First Amended Complaint are denied as written.

**91.**

The allegations of Paragraph 91 of the United States' First Amended Complaint are denied as written.

**92.**

The allegations of Paragraph 92 of the United States' First Amended Complaint are denied as written.

**93.**

The allegations of Paragraph 93 of the United States' First Amended Complaint are denied as written.

**94.**

The allegations of Paragraph 94 of the United States' First Amended Complaint are denied.

**95.**

The allegations of Paragraph 95 of the United States' First Amended Complaint are denied.

**96.**

The allegations of Paragraph 96 of the United States' First Amended Complaint are denied.

**97.**

The allegations of Paragraph 97 of the United States' First Amended Complaint are denied.

**98.**

The allegations of Paragraph 98 of the United States' First Amended Complaint are denied.

**99.**

The allegations of Paragraph 99 of the United States' First Amended Complaint are denied.

**100.**

The allegations of Paragraph 100 of the United States' First Amended Complaint are denied.

**101.**

The allegations of Paragraph 101 of the United States' First Amended Complaint are denied.

**102.**

The allegations of Paragraph 102 of the United States' First Amended Complaint are denied as written.

**103.**

The allegations of Paragraph 103 of the United States' First Amended Complaint are denied as written.

**104.**

The allegations of Paragraph 104 of the United States' First Amended Complaint are denied as written.

**105.**

The allegations of Paragraph 105 of the United States' First Amended Complaint are denied as written.

**106.**

The allegations of Paragraph 106 of the United States' First Amended Complaint are denied as written.

**107.**

The allegations of Paragraph 107 of the United States' First Amended Complaint are denied for lack of sufficient information to justify a belief in the truth therein.

**108.**

The allegations of Paragraph 108 of the United States' First Amended Complaint are denied as written.

**109.**

The allegations of Paragraph 109 of the United States' First Amended Complaint are denied.

**110.**

The allegations of Paragraph 110 of the United States' First Amended Complaint are denied.

**111.**

The allegations of Paragraph 111 of the United States' First Amended Complaint are denied as written.

**112.**

The allegations of Paragraph 112 of the United States' First Amended Complaint are denied as written.

**113.**

The allegations of Paragraph 113 of the United States' First Amended Complaint are denied as written.

**114.**

The allegations of Paragraph 114 of the United States' First Amended Complaint are denied as written.

**115.**

The allegations of Paragraph 115 of the United States' First Amended Complaint are denied as written.

**116.**

The allegations of Paragraph 116 of the United States' First Amended Complaint are denied as written.

**117.**

The allegations of Paragraph 117 of the United States' First Amended Complaint are denied as written.

**118.**

The allegations of Paragraph 118 of the United States' First Amended Complaint are denied as written.

**119.**

The allegations of Paragraph 119 of the United States' First Amended Complaint are denied as written.

**120.**

The allegations of Paragraph 120 of the United States' First Amended Complaint are denied as written.

**121.**

The allegations of Paragraph 121 of the United States' First Amended Complaint are denied as written.

**122.**

The allegations of Paragraph 122 of the United States' First Amended Complaint are denied as written.

**123.**

The allegations of Paragraph 123 of the United States' First Amended Complaint are denied as written.

**124.**

The allegations of Paragraph 124 of the United States' First Amended Complaint are denied as written.

**125.**

The allegations of Paragraph 125 of the United States' First Amended Complaint are denied as written.

**126.**

The allegations of Paragraph 126 of the United States' First Amended Complaint are denied as written.

**127.**

The allegations of Paragraph 127 of the United States' First Amended Complaint are denied as written.

**128.**

The allegations of Paragraph 128 of the United States' First Amended Complaint are denied as written.

**129.**

The allegations of Paragraph 129 of the United States' First Amended Complaint are denied as written. Moreover, the Agreements serve as the best evidence of their terms and conditions and the meaning and intent thereof.

**130.**

The allegations of Paragraph 130 of the United States' First Amended Complaint are denied as written.

**131.**

The allegations of Paragraph 131 of the United States' First Amended Complaint are denied as written.

**132.**

The allegations of Paragraph 132 of the United States' First Amended Complaint are denied as written.

**133.**

The allegations of Paragraph 133 of the United States' First Amended Complaint are denied as written.

**134.**

The allegations of Paragraph 134 of the United States' First Amended Complaint are denied as written.

**135.**

The allegations of Paragraph 135 of the United States' First Amended Complaint are denied.

**136.**

The allegations of Paragraph 136 of the United States' First Amended Complaint are denied.

**137.**

The allegations of Paragraph 137 of the United States' First Amended Complaint are denied.

**138.**

The allegations of Paragraph 138 of the United States' First Amended Complaint are denied.

**139.**

The allegations of Paragraph 139 of the United States' First Amended Complaint are denied.

**140.**

The allegations of Paragraph 140 of the United States' First Amended Complaint are denied.

**141.**

The allegations of Paragraph 141 of the United States' First Amended Complaint are denied.

**142.**

The allegations of Paragraph 142 of the United States' First Amended Complaint are denied.

**143.**

The allegations of Paragraph 143 of the United States' First Amended Complaint are denied.

**144.**

The allegations of Paragraph 144 of the United States' First Amended Complaint are denied.

**145.**

The allegations of Paragraph 145 of the United States' First Amended Complaint are denied.

**146.**

The allegations of Paragraph 146 of the United States' First Amended Complaint are denied.

**147.**

The allegations of Paragraph 147 of the United States' First Amended Complaint are denied.

**148.**

The allegations of Paragraph 148 of the United States' First Amended Complaint are denied.

**149.**

The allegations of Paragraph 149 of the United States' First Amended Complaint are denied.

**150.**

The allegations of Paragraph 150 of the United States' First Amended Complaint are denied.

**151.**

The allegations of Paragraph 151 of the United States' First Amended Complaint are denied.

**152.**

The allegations of Paragraph 152 of the United States' First Amended Complaint are denied.

**153.**

The allegations of Paragraph 153 of the United States' First Amended Complaint are denied.

**154.**

The allegations of Paragraph 154 of the United States' First Amended Complaint are denied.

## 155.

The allegations of Paragraph 155 of the United States' First Amended Complaint are denied.

## 156.

The allegations of Paragraph 156 of the United States' First Amended Complaint are denied.

## 157.

The allegations of Paragraph 157 of the United States' First Amended Complaint are denied.

## 158.

The allegations of Paragraph 158 of the United States' First Amended Complaint are denied.

## 159.

The allegations of Paragraph 159 of the United States' First Amended Complaint are denied.

## 160.

The allegations of Paragraph 160 of the United States' First Amended Complaint are denied.

## 161.

The allegations of Paragraph 161 of the United States' First Amended Complaint are denied.

## 162.

The allegations of Paragraph 162 of the United States' First Amended Complaint are denied.

**163.**

The allegations of Paragraph 163 of the United States' First Amended Complaint are denied.

**164.**

The allegations of Paragraph 164 of the United States' First Amended Complaint are denied.

**165.**

Defendants pray for trial by jury as to all claims so triable.

WHEREFORE, Defendants, Bob Dean, Jr.; Houma Property Holding, Co., LLC.; Harvey Property Holding Co., LLC, Property Holding Co. of Crescent City, LLC, West Jefferson Property Holding, Co., LLC; Maison De'Ville Nursing Home, Inc.; Maison De'Ville Nursing Home of Harvey, Inc., Uptown Healthcare Center, LLC and St. Elizabeth's Caring, LLC, pray that this answer be deemed good and sufficient and that after due proceedings are had that there be judgment rendered herein in favor of Defendants and against Plaintiff, dismissing Plaintiff's suit at its sole cost and granting to Defendants their reasonable expenses, costs, attorneys' fees and damages incurred in defense of this matter.

Respectfully submitted,

**Taylor, Porter, Brooks & Phillips, L.L.P.**

By: **/s/ John T. Andrishok**
    John T. Andrishok, Bar # 24942
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821-2471
    Telephone: (225) 387-3221
    Fax: (225) 346-8049
    Email: John.Andrishok@taylorporter.com
    **Attorneys for Defendants**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 14th day of April, 2023

*/s/ John T. Andrishok*
**JOHN T. ANDRISHOK**