# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | |
| **BOB DEAN, JR., ET AL.** | **NO. 23-00019-BAJ-SDJ** |

## ORDER

Considering that the events giving rise to this action occurred in August 2021, to ensure the availability of witnesses, and particularly in light of the advanced age of the nursing home residents affected by Defendants' alleged acts and omissions,

**IT IS ORDERED** that a hearing is **SET** for September 12, 2023 at 10:00 a.m., in Courtroom 2, for the purpose of **SHOWING CAUSE** why an amended scheduling order setting an expedited trial date and related deadlines should not be entered.

**IT IS FURTHER ORDERED** that prior to the September 12 hearing, the parties shall meet and confer and agree upon three alternative 5-day trial settings, to begin in August, September, or October 2024.

Baton Rouge, Louisiana, this 1st day of September, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**