UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 3:23-CV-00019 |
| VERSUS | BRIAN A. JACKSON, JUDGE |
| BOB DEAN, JR.; HOUMA PROPERTY HOLDING, CO., L.L.C.; HARVEY PROPERTY HOLDING CO., L.L.C., PROPERTY HOLDING CO. OF CRESCENT CITY, L.L.C.; WEST JEFFERSON PROPERTY HOLDING, CO., L.L.C.; MAISON DE'VILLE NURSING HOME, INC.; MAISON DE'VILLE NURSING HOME OF HARVEY, INC.; UPTOWN HEALTHCARE CENTER, L.L.C.; ST. ELIZABETH'S CARING, L.LC. | SCOTT D. JOHNSON, MAGISTRATE JUDGE |

## MOTION TO APPEAR PRO HAC VICE

**NOW COMES**, John T. Andrishok, a member in good standing of the Bar of Louisiana and of this Court, and counsel of record for Defendants, Bob Dean, Jr., Houma Property Holding, Co., L.L.C., Harvey Property Holding Co., L.L.C., Property Holding Co. of Crescent City, L.L.C., West Jefferson Property Holding, Co., L.L.C., Maison De'Ville Nursing Home, Inc., Maison De'Ville Nursing Home of Harvey, Inc., Uptown Healthcare Center, L.L.C., and St. Elizabeth's Caring, L.L.C. ("Defendants"), who respectfully request that this Court admit Stephen M. Katz as additional counsel and visiting attorney *pro hac vice* for Defendants pursuant to Local Rule 83(b)(8).

Stephen Katz is a member in good standing of the Bar of the State of Georgia (GA Bar Roll No. 409065), has been admitted to practice in Georgia and is in good standing as evidenced by the Certificate of Good Standing issued by the Supreme Court of Georgia on August 18, 2023, attached hereto as Exhibit A. Stephen M. Katz by Affidavit and Oath, attached hereto as Exhibit B, states that he is not now, nor has he ever been subject to any disciplinary proceedings, that no

criminal charges have been instituted against him, and that Stephen M. Katz meets all of the requirements for admission of *pro hac vice* to practice before this Court.

**WHEREFORE**, John T. Andrishok, a member in good standing of the bar of this Court, respectfully moves this Honorable Court for an order admitting Stephen M. Katz to practice *pro hac vice* as additional counsel for Defendants, Bob Dean, Jr., Houma Property Holding, Co., L.L.C., Harvey Property Holding Co., L.L.C., Property Holding Co. of Crescent City, L.L.C., West Jefferson Property Holding, Co., L.L.C., Maison De'Ville Nursing Home, Inc., Maison De'Ville Nursing Home of Harvey, Inc., Uptown Healthcare Center, L.L.C., and St. Elizabeth's Caring, L.L.C.

Respectfully submitted,

Taylor, Porter, Brooks & Phillips, L.L.P.

By: */s/ John T. Andrishok*
John T. Andrishok, Bar # 24942
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Fax: (225) 346-8049
Email: John.Andrishok@taylorporter.com
**Attorney for Defendants**

5234342.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 6th day of September, 2023

*/s/ John T. Andrishok*
**JOHN T. ANDRISHOK**

5234342.v1