UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 3:23-CV-00019 |
|---|---|---|
| VERSUS | : | BRIAN A. JACKSON, JUDGE |
| BOB DEAN, JR.; HOUMA PROPERTY HOLDING, CO., L.L.C.; HARVEY PROPERTY HOLDING CO., L.L.C., PROPERTY HOLDING CO. OF CRESCENT CITY, L.L.C.; WEST JEFFERSON PROPERTY HOLDING, CO., L.L.C.; MAISON DE'VILLE NURSING HOME, INC.; MAISON DE'VILLE NURSING HOME OF HARVEY, INC.; UPTOWN HEALTHCARE CENTER, L.L.C.; ST. ELIZABETH'S CARING, L.LC. | : | SCOTT D. JOHNSON, MAGISTRATE JUDGE |

## EXHIBIT LIST TO MOTION TO APPEAR PRO HAC VICE

| Exhibit | Description |
|---|---|
| A | Supreme Court of Georgia Certificate of Good Standing |
| B | Affidavit and Oath of Stephen M. Katz |

Respectfully submitted,

Taylor, Porter, Brooks & Phillips, L.L.P.

By: */s/ John T. Andrishok*
John T. Andrishok, Bar # 24942
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Fax: (225) 346-8049
Email: John.Andrishok@taylorporter.com
**Attorney for Defendants**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 6th day of September, 2023

                                                  */s/ John T. Andrishok*
                                                  **JOHN T. ANDRISHOK**