UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | NO. 23-19-BAJ-SDJ |
| VERSUS | : | |
| BOB DEAN, JR., ET AL, | : | |
| Defendant. | : | |

**AFFIDAVIT AND OATH**

**BEFORE ME**, the undersigned Notary Public, personally came and appeared Affiant:

**STEPHEN M. KATZ**

an individual of the full age of majority and a resident of Cobb County, State of Georgia, who being by me first dully sworn and deposed as follows:

1. I am a member, in good standing, of the State Bar of Georgia and currently do not have any disciplinary actions pending;

2. There are no criminal charges or investigations currently pending against me;

3. I do solemnly swear that I will support the Constitution of the United States and that I will conduct myself uprightly and according to law and the recognized standards of ethics of the legal profession; and,

4. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 USC, the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28

5230749.v1



US,; and the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide by them.

_____
Stephen M. Katz, Esq.

**SWORN TO AND SUBSCRIBED** before me, the under signed notary this 4th day of September, 2023.

_____
Notary Public
Printed Name: Claudine Fletcher
Georgia Bar Roll/Notary Commission No.: _____
My Commission Expires: 4/18/27